**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

ELIZABETH PANZARELLA,                                :
                Plaintiff,                    :
                               :
                v.                            :     Civil No. 2:20-cv-00699-JMG
                               :
FINANCIAL ASSET MANAGEMENT                           :
SYSTEMS, INC.,                                       :
                Defendant.                    :
_____

**O R D E R**

    **AND NOW,** this 8th day of December, 2020, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is:

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                            Kate Barkman
                            Clerk of Court

                            By:

                            _/s/ Brian R. Dixon_____
                            Brian R. Dixon
                            Deputy Clerk to Judge John M. Gallagher